CHARLES G. KELLOGG, Respondent, *v.* DANIEL PIKE et al.,
Appellants.

(Argued September 25, 1871 ; decided January term, 1872.)

DECIDED upon the facts and the admissions in the answer.

*A. Boardman* for the appellants.

*A. H. Dana* for the respondent.

HUNT and LEONARD, CC., read for affirmance.
All concur.
Judgment affirmed, with costs.